

1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CV-01936-LJO-SKO |
|---|---|
| Plaintiff, | ) **ORDER REGARDING CLERK'S ISSUANCE** |
| v. | ) **OF WARRANT FOR ARREST OF** |
| | ) **ARTICLES *IN REM*** |
| APPROXIMATELY $19,458.63 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 4496753827, HELD IN THE NAME OF AGUSTIN GAMEZ, and | ) |
| APPROXIMATELY $2,375.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 15, 2010, in the United States District Court for the Eastern District of California, alleging that the defendants approximately $19,458.63 in U.S. Currency Seized From JP Morgan Chase Bank Account Number 4496753827, held in the name of Agustin Gamez, and approximately $2,375.00 in U.S. Currency are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Scott Kunkel, there is probable

1  cause to believe that the defendant funds so described constitute property that is subject to forfeiture
2  for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem*
3  exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime
4  Claims and Asset Forfeiture Actions;

   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant funds.

Dated: 10/22/10

GARY S. AUSTIN
United States Magistrate Judge