1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    1:10-CV-01936-LJO-SKO
                                      )
12              Plaintiff,            )    **APPLICATION AND ORDER FOR**
                                      )    **PUBLICATION**
13      v.                            )
                                      )
14                                    )
                                      )
15 APPROXIMATELY $19,458.63 IN U.S.   )
   CURRENCY SEIZED FROM JP            )
16 MORGAN CHASE BANK ACCOUNT          )
   NUMBER 4496753827, HELD IN THE     )
17 NAME OF AGUSTIN GAMEZ, and         )
                                      )
18 APPROXIMATELY $2,375.00 IN U.S.    )
   CURRENCY,                          )
19                                    )
                Defendants.           )
20 _____   )

21      The United States of America, Plaintiff herein, applies for an order of publication as

22 follows:

23      1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

24 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

25 notice of the action to be given in a newspaper of general circulation or on the official internet

26 government forfeiture site;

27      2.      Local Rule 171, Eastern District of California, provides that the Court shall

28 designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendant approximately $2,375.00 in U.S. Currency  was seized on or about April 9, 2010, at 4722 E. Simpson Avenue in Fresno, California.  The defendant approximately $19,458.63 in U.S. Currency Seized From JP Morgan Chase Bank Account Number 4496753827, held in the name of Agustin Gamez, was seized on or about April 25, 2010. The defendants approximately $19,458.63 in U.S. Currency Seized From JP Morgan Chase Bank Account Number 4496753827 held in the name of Agustin Gamez, and approximately $2,375.00 in U.S. Currency (hereafter collectively "defendant funds") are in the custody of the U.S. Marshals Service, Eastern District of California.  The Drug Enforcement Administration published notice of the nonjudicial forfeiture of the defendant funds on July 6, 13, and 20, in the *Wall Street Journal*.

4.      Plaintiff proposes that publication be made as follows:

a.      One publication;

b.      Thirty (30) consecutive days;

c.      On the official internet government forfeiture site www.forfeiture.gov;

d.      The publication is to include the following:

(1)     The Court and case number of the action;

(2)     The date of the seizure/posting;

(3)     The identity and/or description of the property seized/posted;

(4)     The name and address of the attorney for the Plaintiff;

(5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

(6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and

///

///

1   condemnation ordered.

2   Dated: October 22, 2010                    BENJAMIN B. WAGNER
                                                United States Attorney
3
                                                 /s/ Deanna L. Martinez
4                                               DEANNA L. MARTINEZ
                                                Assistant United States Attorney
5

6   IT IS SO ORDERED.

7   **Dated:    October 30, 2010**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28